UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ATALLAH GROUP US INC.,
                   Plaintiff,

-against-

GMA ACCESSORIES INC.,
                   Defendant.
------------------------------------------------------------X

22 Civ. 7438 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Order dated September 8, 2022, the deadline for Plaintiff to file an opposition memorandum of law was December 19, 2022, but no such memorandum of law was filed. It is hereby

**ORDERED** that Plaintiff shall file any opposition by **December 28, 2022**. If it does not do so, the motion will be considered unopposed.

Dated: December 27, 2022
      New York, New York

                                             LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE