UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATALLAH GROUP US INC.,
                      Plaintiff,

         -against-                    22 Civ. 7438 (LGS)

GMA ACCESSORIES INC.,              **ORDER**

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant filed a motion to dismiss the Complaint on November 18, 2022. It is hereby

    **ORDERED** that Defendant's motion to dismiss the Complaint is GRANTED in part and DENIED in part. The motion to dismiss is granted to the extent Plaintiff's antitrust claim arises out of the settlement agreements for monetary payments that Defendant enters into with other companies when Defendant brings trademark litigation based on its "CHARLOTTE" mark registrations. The motion to dismiss is denied to the extent the antitrust claim arises out of the settlement agreements GMA entered into with Charlotte Olympia Holdings, Ltd. and any other companies that improperly reinstated registrations that the Trademark Trial and Appeal Board had deemed abandoned. The Opinion will follow.

    The Clerk of Court is respectfully directed to close the motion at Dkt. 12.

Dated: August 11, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      **UNITED STATES DISTRICT JUDGE**