UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ATALLAH GROUP US INC.,

                Plaintiff,

- against -

GMA ACCESSORIES, INC.,

                Defendant.
------------------------------------------------------------x

Civil Action No.: 22-7438 (LGS)

> Plaintiff shall file a response, not to exceed seventeen pages, by **October 4, 2023**. Plaintiff shall attach with its response copies of all relevant dockets and orders at issue, including proceedings before the TTAB, and include a table of contents. If the filings are too large to file on ECF, Plaintiff shall email Schofield_NYSDChambers@nysd.uscourts.gov requesting a link to upload these files. So Ordered.
>
> Dated: September 20, 2023
> New York, New York
>
> *LORNA G. SCHOFIELD*
> UNITED STATES DISTRICT JUDGE

**PLEASE TAKE NOTICE,** that upon the Memorandum of Law dated September 19, 2023 and all prior pleadings and proceedings heretofore had herein, Defendant GMA Accessories, Inc. hereby moves this Court at the Courthouse hereof located at 500 Pearl Street, New York, New York, before Hon. Lorna G. Schofield, U.S.D.J., for an Order pursuant to Federal Rule of Civil Procedure 54(b) and Local Civil Rule 6.3 granting reconsideration of the Opinion and Order that denied in part Defendant's Motion to Dismiss and upon reconsideration dismissing the remainder of the Plaintiff's Complaint, or, in the alternative granting the Defendant leave to appeal pursuant to 28 U.S.C. 1292(b), and for such further relief that this Court deems just proper and equitable.

Dated:   September 19, 2023

            Respectfully submitted,

            **THE BOSTANY LAW FIRM PLLC**

            s/John P. Bostany
            Attorneys for Defendant
            3 World Financial Center, 24th Floor
            New York, New York 10281
            (212) 530-4400
            john@bozlaw.com