UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ATALLAH GROUP US INC.,
                 Plaintiff,

           -against-

GMA ACCESSORIES INC.,
                 Defendant.
-------------------------------------------------------------X

22 Civ. 7438 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order filed October 16, 2023, ordered consolidation of Case No. 21 Civ. 11227 and Case No. 22 Civ. 7438 under Case No. 21 Civ. 11227.

    The Clerk of Court is respectfully directed to close Case No. 22 Civ. 7438.

Dated: October 20, 2023
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**